United States District Court
Southern District of Texas
**ENTERED**
March 02, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTY GRAVES; ET AL., <br> *Plaintiffs*, <br><br> DAVID BAECKER; ET AL., <br> *Intervenor Plaintiffs*, <br><br> vs. <br><br> ARKEMA INC.; RICHARD RENNARD; RICHARD P. ROWE; ANDREW BURDETT; and BUREAU VERITAS NORTH AMERICA, INC., <br> *Defendants*. | § § § § § § § § § § § § § § <br><br> NO. 4:17-CV-03068 <br><br> JURY DEMANDED |

## ORDER ON MOTION FOR INTRA-DIVISION TRANSFER

Defendant Arkema Inc.'s motion for intra-division transfer [*Wheeler* Docket No. 46; Graves Docket No. 46] is ~~granted~~ DENIED.

Signed on ~~February~~ March 2, 2018.

_____
UNITED STATES DISTRICT JUDGE