United States District Court
Southern District of Texas
**ENTERED**
October 24, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTY GRAVES, et al., | § § § | |
| Plaintiffs, | § § | |
| DAVID BAECKER, et al., | § § | |
| Intervenor Plaintiffs, | § § § | |
| v. | § § | CASE NO. 4:17-CV-03068 |
| ARKEMA INC., et al., | § § § | |
| Defendants. | § | |

## O R D E R

Pending before the Court is Defendants Arkema Inc. and Richard Rowe's Motion to Dismiss Amended Complaint, **(Instrument No. 78)**, Defendant Bureau Veritas North America, Inc.'s Motion to Dismiss Amended Complaint, **(Instrument No. 81)**, Arkema Inc.'s Motion to Dismiss Abbott Intervenors' Complaint, **(Instrument No. 88)**, and Plaintiffs' Motion to Compel the Deposition of Leslie Comardelle. **(Instrument No. 111)**. On October 24, 2018, the Court ruled that this case should be stayed pending the parallel criminal proceedings against Arkema Inc., its CEO Richard Rowe, and Plant Manager Leslie Comardelle.

Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss, **(Instruments No. 78; No. 81; No. 88)**, and Plaintiffs' Motion to Compel the Deposition of Leslie Comardelle, **(Instrument No. 111)**, are **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that this case shall be administratively closed. The parties are granted leave to move to reinstate the case on the Court's active docket upon the conclusion of the parallel criminal proceedings.

The parties may also refile their motions upon the conclusion of the parallel criminal proceedings.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 24th day of October, 2018, at Houston, Texas.

                                                **VANESSA D. GILMORE**
                                        **UNITED STATES DISTRICT JUDGE**