United States District Court
Southern District of Texas
**ENTERED**
August 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTY GRAVES, et al.,<br>*Plaintiffs*,<br><br>DAVID BAECKER, et al.,<br>*Intervenor Plaintiffs*,<br><br>V.<br><br>ARKEMA INC., et al.<br>*Defendants* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 4:17-CV-03068<br>§<br>§<br>§<br>§<br>§ |

## ORDER GRANTING PLAINTIFFS' SECOND AMENDED EMERGENCY MOTION FOR LEAVE TO AMEND COMPLAINT AND TO REMAND ACTION

On this day came on for consideration Plaintiffs' Second Amended Emergency Motion for Leave to Amend Complaint and to Remand Action #179, and having considered such Motion, the Court finds that the Motion is well taken and should, in all things, be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED that CenterPoint Energy, Inc. is joined as a Defendant in this suit.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that CenterPoint Energy Houston Electric, LLC is joined as a Defendant in this suit.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Remand is GRANTED.

SIGNED this 26th day of August, 2019

_____
JUDGE PRESIDING